71201. BRYANT v. THE STATE.
(337 SE2d 462)

McMURRAY, Presiding Judge.

Appellant appeals from the revocation of his probation by direct appeal. *Held:*

Appellant has not filed an application for a discretionary appeal pursuant to OCGA § 5-6-35 (a) (5), (b), (f). Consequently, we are without jurisdiction over this direct appeal and the appeal is dismissed. See *Pitts v. State,* 254 Ga. 298 (328 SE2d 732).

*Appeal dismissed. Banke, C. J., and Benham, J., concur.*

DECIDED OCTOBER 23, 1985.

*C. Nathan Davis,* for appellant.
*Hobart M. Hind, District Attorney, Britt R. Priddy, Assistant District Attorney,* for appellee.